```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10158
    JOSEPHINE JOHNSON
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
    SSN XXX-XX-5477
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/18/06 and confirmed on 10/27/06.

    2.  The case was converted to Chapter 7 after confirmation, 09/17/2007.

    3.  The Debtor paid a total of $   6737.31 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED | 14444.23 | 1032.60 | 2217.40 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2920.33 | .00 | .00 |
| AMOCO OIL | UNSECURED | 390.30 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | UNSECURED | 3225.63 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2355.38 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1024.21 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1557.39 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| THE CREDIT STORE | UNSECURED | NOT FILED | .00 | .00 |
| LEONARD VEAR | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 304.71 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14444.23 | .00 | 11777.95 | .00 | 26222.18 |
| PRINCIPAL PAID | 2217.40 | .00 | .00 | .00 | 2217.40 |
| INTEREST PAID | 1032.60 | .00 | .00 | .00 | 1032.60 |
| TOTAL PAID | 3250.00 | .00 | .00 | .00 | 3250.00 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   3000.00
and was paid $   2961.97 .

The Trustee received $    262.84 .

Refunds to the Debtor totaled $    262.50 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 12/20/07                          /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```